DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 2014-00055 |
| RAYMOND MATHURIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Attorneys:**
**Alphonso G. Andrews, Jr., Esq.,**
St. Croix, U.S.V.I.
   *For the Government*

**Omodare Jupiter, Esq.,**
St. Croix, U.S.V.I.
   *For the Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's Motion to Suppress (Dkt. No. 5), the Government's response thereto (1:14-cr-00049, Dkt. No. 35), the evidence adduced at the suppression hearing, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Suppress is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Defendant's Motion to Suppress is **GRANTED** in this matter as it relates to the statements Defendant made after Agent Gaumond informed him of the nature of the charges that he would face; and it is further

**ORDERED** that Defendant's Motion to Suppress is **DENIED** as it relates to any voluntary statements made by Defendant before he was placed in handcuffs—including, "I started these plants from seeds, but I'm not a big marijuana farmer."; and it is further

2

**ORDERED** that Defendant's Motion to Suppress is **DENIED** as it relates to the marijuana plants seized from Defendant's property.

**SO ORDERED.**

Date: January 29, 2015  _____/s/_____
WILMA A. LEWIS
Chief Judge